November 18, 2016

FROM: FRANCIS Bell
ID#16790-424
U.S.P. BIG SANDY
P.O. Box 2068
INEZ, KENTUCKY 41224

TO: CLERK OF THE COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN ST.
CHICAGO, IL. 60604

RE: CHANGE OF ADDRESS

**FILED**

NOV 1 7 2016

**THOMAS G. BRUTON**
CLERK, U.S. DISTRICT COURT

**1:06-cv-1366**
**1:14-cv-4679**

DEAR CLERK:

THIS IS FORMAL NOTIFICATION OF A CHANGE OF ADDRESS
FOR THE PURPOSES OF COMMUNICATION BETWEEN MY PERSON AND THE COURTS.
MY CURRENT ADDRESS FOR THESE PURPOSES IS AS LISTED ABOVE. PLEASE SEE THAT
THIS CHANGE IS RECORDED IN YOUR OFFICE AS I HAVE RECENTLY BEEN DEPRIVED
OR MY DUE PROCESS RIGHTS IN COURT DUE TO NOT BEING TIMELY NOTIFIED OF
COURT ACTIONS.

THANK YOU FOR YOUR TIME AND CONSIDERATION.

Respectfully,

Francis J. Bell